UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| WATLOW ELECTRIC MANUFACTURING COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 4:05CV2094 CDP |
| OGDEN MANUFACTURING COMPANY, et al., | ) ) ) | |
| Defendants. | ) | |

# ORDER

Defendant has filed a motion to stay all proceedings in this matter pending reexamination of the patent in suit. Plaintiff's time to respond has not yet run, but but I assume that plaintiff will oppose it. I will vacate the Order Setting Rule 16 Conference, so that I can rule on the motion to stay before the parties are required to agree on a scheduling order. My doing so in no way implies that I intend to grant the motion to stay. Accordingly,

**IT IS HEREBY ORDERED** that the Order Setting Rule 16 Conference [#13] is VACATED, and the case will be reset for a scheduling conference after the court has ruled on the motion to stay.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 25th day of May, 2006.