UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| WATLOW ELECTRIC MANUFACTURING CO., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:05CV2094 CDP |
| OGDEN MANUFACTURING CO., | ) ) ) | |
| Defendant. | ) | |

## ORDER

Having reviewed the joint statement of counsel dated May 26, 2009,

**IT IS HEREBY ORDERED** that the stay in this action is lifted. This case will be set for a Rule 16 conference by separate order.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 27th day of May, 2009.